__X__ FILED          _____ RECEIVED
_____ ENTERED       _____ SERVED ON
                     COUNSEL/PARTIES OF RECORD

DEC 29, 2022

CLERK US DISTRICT COURT
DISTRICT OF NEVADA

BY: _____ DEPUTY

JAMES E. HARPER
Nevada Bar No. 9822
SABRINA G. WIBICKI
Nevada Bar No. 10669
**HARPER | SELIM**
1935 Village Center Circle
Las Vegas, Nevada 89134
Phone: (702) 948-9240
Fax:    (702) 778-6600
Email: eservice@harperselim.com
*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ANGELA TORGERSON, an Individual, <br><br> Plaintiff, <br><br> vs. <br><br> STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, an insurance company, DOES I-X, inclusive, <br><br> Defendants. | CASE NO.:   3:21-cv-00452-LRH-CSD <br><br> **ORDER GRANTING STIPULATION TO EXTEND TIME TO FILE RESPONSE TO PLAINTIFF'S MOTION REGARDING DISCOVERY DISPUTE** |

Plaintiff, ANGELA TORGERSON ("Plaintiff"), by and through her attorneys of record, KIDWELL & GALLAGHER, and Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY ("Defendant"), by and through its attorneys of record, HARPER | SELIM, (collectively, "the Parties") submit the following Stipulation and proposed Order to Extend Time to File Response to Plaintiff's Motion Regarding Discovery Dispute.

/ / /

On December 28, 2022, the Court ordered Defendant to file a response on or before the close business on Thursday, December 29, 2022. (ECF No. 26.) The Parties hereby stipulate that Defendant shall file its Response to Plaintiff's Motion Regarding Discovery Dispute on or before the close of business on Tuesday, January 3, 2023.

DATED this 29th day of December 2022.      DATED this 29th day of December 2022.

**KIDWELL & GALLAGHER**                    **HARPER | SELIM**

/s/ Barbara W. Gallagher                    /s/ James E. Harper

BARBARA W. GALLAGHER      JAMES E. HARPER
Nevada Bar No. 5315       Nevada Bar No. 9822
790 Commercial Street     SABRINA G. WIBICKI
Elko, Nevada 89801        Nevada Bar No. 10669
*Attorneys for Plaintiff*  1935 Village Center Circle
                          Las Vegas, Nevada 89130
                          *Attorneys for Defendant*

### **ORDER**

IT IS SO ORDERED.

DATED: December 29, 2022

_____
UNITED STATES MAGISTRATE JUDGE

2