# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ANGELA TORGERSON,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>　　　　　　　　　　Defendant. | 3:21-cv-00452-LRH-CSD<br><br>**ORDER** |

Before the court is Defendant's Motion Regarding Discovery Dispute (ECF No. 35).

Pursuant to the court's Civil Standing Order (ECF No. 13), Plaintiff shall file a response on or before close of business on **Thursday, February 2, 2023.** The response shall be limited to 5 pages in length.

**IT IS SO ORDERED.**

DATED: January 31, 2023.

_____
UNITED STATES MAGISTRATE JUDGE