UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANGELA TORGERSON,<br><br>                    Plaintiff,<br><br>   v.<br><br>STATE FARM MUTUAL<br>AUTOMOBILE INSURANCE<br>COMPANY,<br><br>                    Defendant. | 3:21-cv-00452-LRH-CSD<br><br>**ORDER**<br><br>Re:  ECF No. 55 |

Before the court is Defendant's Motion Regarding Discovery Dispute. (ECF No. 55.)

Pursuant to the court's Civil Standing Order (ECF No. 13), Plaintiff shall file a response on or before close of business on **Wednesday, June 14, 2023**.  The response shall be limited to 5 pages in length.

The court will determine if an in-person hearing is necessary once Plaintiff files her response to the motion.

**IT IS SO ORDERED.**

DATED:  June 13, 2023.

_____
UNITED STATES MAGISTRATE JUDGE

1