1
2
3
4
5

6                    **UNITED STATES DISTRICT COURT**

7                          **DISTRICT OF NEVADA**

8   ANGELA TORGERSON,

9                                                3:21-cv-00452-LRH-CSD
                              Plaintiff,
10       v.                                      **ORDER**

11  STATE FARM MUTUAL
    AUTOMOBILE INSURANCE
12  COMPANY,

13
                              Defendant.
14

15       On June 14, 2023, the court issued an order regarding a discovery dispute between the parties

16  on a Rule 30(b)(6) deposition notice for State Farm. (ECF No. 58.) The court's order pertained to

17  Rule 30(b)(6) deposition notice with 24 topics (ECF No. 55 at p.13-14). The parties then contacted

18  chambers via email to request clarification of the court's ruling. The parties submitted an email that

19  references topics of dispute between the parties are topics 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18

20  of the Rule 30(b)(6) deposition notice that contains only 18 topics.

21       The parties seek clarification about "which topics, of the 18 listed in Doc 56 at [p]18-20 will

22  be allowed at the deposition." However, ECF No. 56 is the court's order directing Plaintiff to file a

23  response to the discovery motion. It appears the parties are referring to the Rule 30(b)(6) deposition

24  notice that has 18 topics in "Ex. C" of defendant's motion (ECF No. 55, Ex. C, p.17-19).

25  / / /

26

27

1
2       The court provides the following clarification in its ruling.  The court **GRANTS IN PART**
3  Defendant's motion for protective order under Rule 26(c) for deposition topics 6-12, 16-17.  For the
4  reasons previously stated in its order (ECF No. 58), the court finds those categories are overbroad and
5  unduly burdensome.  The defendant's motion is **DENIED** insofar as State Farm asks the court to
6  preclude the Rule 30(b)(6) deposition in its entirety.  The Rule 30(b)(6) deposition of State Farm may
7  proceed with topics 1-5, 13-15, and 18.
8
        **IT IS SO ORDERED.**
9
        DATED:  June 16, 2023.
10
11                                                  _____
                                                    Craig S. Denney
12                                                  United States Magistrate Judge
13
...
27