1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**STATE OF NEVADA**

| | |
|---|---|
| ANGELA TORGERSON an Individual; | CASE NO.: 3:21-cv-00452 |
| Plaintiffs, | **ORDER GRANTING STIPULATION TO EXTEND TIME FOR PLAINTIFF TO FILE RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (ECF No. 69)** |
| v. | |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, an insurance company, DOES I through X, inclusive, | |

Plaintiff, ANGELA TORGERSON ("Plaintiff"), by and through her attorneys of record, KIDWELL & GALLAGHER, and Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY ("Defendant"), by and through its attorneys of record, HARPER | SELIM, (collectively, "the Parties") submit the following Stipulation and proposed Order to Extend Time to Plaintiff to File Response to Defendant's Motion for Summary Judgment (ECF No. 69).

/ / /

Pursuant to LR IA 6-1 and LR 26-3, the Parties stipulate to extend the time for Plaintiff to Respond to Defendant's Motion for Summary Judgment (ECF No. 69) from the current deadline of October 20, 2023, through and including December 4, 2023. Additionally, the Defendant will have an extension through and including December 15, 2023 to file its Reply.

Dated this 11th day of October 2023.

/s/ Barbara W. Gallagher
_____
BARBARA W. GALLAGHER
Nevada Bar No. 5315
790 Commercial Street
Elko, NV 89801
Attorneys for Plaintiff

Dated this 11th day of October 2023.

/s/ James E. Harper
_____
JAMES E. HARPER
Nevada Bar No. 9822
SABRINA G. WIBICKI
Nevada Bar No. 10669
1935 Village Center Circle
Las Vegas, NV 89134
Attorneys for Defendant

## ORDER

IT IS SO ORDERED.

DATED this 11th day of October, 2023.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE