Barbara W. Gallagher, Esq.
Nevada Bar No. 005315
KIDWELL & GALLAGHER, LTD.
790 Commercial Street
Elko, Nevada 89801
(775) 738-1000 – Telephone
(775) 753-8600 – Facsimile
Barbara@kidwellgallagher.com
Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## STATE OF NEVADA

| | |
|---|---|
| ANGELA TORGERSON an Individual;<br><br>Plaintiffs,<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, an insurance company, DOES I through X, inclusive, | CASE NO.: 3:21-cv-00452<br><br>**STIPULATION AND ORDER FOR DOROTHY CLAY SIMS TO WITHDRAWAL** |

The Parties to the above-entitled action by and through their counsel of record hereby stipulate and agree as follows:

1.  Dorothy Clay Sims, Co- Counsel for the Plaintiff requests permission to withdraw as attorney of record in the above – captioned case for reasons unrelated to the facts of this case and to remove her from the electronic service list.

2.  Counsel listed below will continue to represent the interests of the Plaintiff. The proposed withdrawal will not result in any delays in litigating this action. Notice of the proposed withdrawal of Ms. Sims is being provided to all counsel through this filing.

3.  Accordingly, the Parties jointly request that this Motion be granted;

|   |   |
|---|---|
| 1 | |
| 2 | IT IS SO STIPULATED. |
| 3 | |

| Dated this 1 day of November 2023 | Dated this 1st day of November 2023. |
|---|---|
| /s/ signature | /s/James Harper |
| BARBARA W. GALLAGHER | JAMES E. HARPER |
| Nevada Bar No. 5315 | Nevada Bar No. 9822 |
| 790 Commercial Street | SABRINA G. WIBICKI |
| Elko, NV 89801 | Nevada Bar No. 10669 |
| Attorneys for Plaintiff | 1935 Village Center Circle |
|  | Las Vegas, NV 89134 |
|  | Attorneys for Defendant |

Dated this 30 Day of November 2023

By:

*/s/ signature/*

DOROTHY CLAY SIMS
Florida Bar No. 0340014
334 NW 3rd Ave
Ocala, Florida 34475
(352)316-0366 Telephone
(352)354-9215
Email: dcs@dorothyclaysims.com

**ORDER**

IT IS SO ORDERED.

DATED: November 2, 2023

_____
United States Magistrate Judge