UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| ANGELA TORGERSON, an Individual, | CASE NO.:   3:21-cv-00452-LRH-CSD |
|---|---|
| Plaintiff, | **ORDER GRANTING STIPULATION TO EXTEND TIME TO FILE REPLY IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |
| vs. | |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, an insurance company, DOES I-X, inclusive, | |
| Defendants. | |

Plaintiff, ANGELA TORGERSON ("Plaintiff"), by and through her attorneys of record, KIDWELL & GALLAGHER, and Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY ("Defendant"), by and through its attorneys of record, HARPER | SELIM, (collectively, "the Parties") submit the following Stipulation and proposed Order to Extend Time for Defendant to File its Reply in Support of Defendant's Motion for Summary Judgment.

///

1

Pursuant to LR IA 6-1 and LR 26-3, the Parties stipulated to extend the time for Defendant to file its Reply in Support of Defendant's Motion for Summary Judgment (ECF No. 69) from the current deadline of December 15, 2023, through and including January 5, 2024.

DATED this 13th day of December 2023.    DATED this 13th day of December 2023.

**KIDWELL & GALLAGHER**                   **HARPER | SELIM**

/s/ Barbara W. Gallagher                 /s/ James E. Harper

BARBARA W. GALLAGHER                      JAMES E. HARPER
Nevada Bar No. 5315                       Nevada Bar No. 9822
790 Commercial Street                     SABRINA G. WIBICKI
Elko, Nevada 89801                        Nevada Bar No. 10669
*Attorneys for Plaintiff*                 1935 Village Center Circle
                                          Las Vegas, Nevada 89130
                                          *Attorneys for Defendant*

**ORDER**

IT IS SO ORDERED.

DATED this 13th day of December, 2023.

LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

2