UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANGELA TORGERSON, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, an insurance company, DOES I-X, inclusive,<br><br>Defendants. | CASE NO.:   3:21-cv-00452-LRH-CSD<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO FILE REPLY IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |

Plaintiff, ANGELA TORGERSON ("Plaintiff"), by and through her attorneys of record, KIDWELL & GALLAGHER, and Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY ("Defendant"), by and through its attorneys of record, HARPER | SELIM, (collectively, "the Parties") submit the following Stipulation and proposed Order to Extend Time for Defendant to File its Reply in Support of Defendant's Motion for Summary Judgment.

/ / /

1

Pursuant to LR IA 6-1 and LR 26-3, the Parties stipulate to extend the time for Defendant to file its Reply in Support of Defendant's Motion for Summary Judgment (ECF No. 69) from the current deadline of January 5, 2024, through and including January 22, 2024.

DATED this 2nd day of January 2024.

**KIDWELL & GALLAGHER**

/s/ Barbara W. Gallagher

BARBARA W. GALLAGHER
Nevada Bar No. 5315
790 Commercial Street
Elko, Nevada 89801
*Attorneys for Plaintiff*

DATED this 2nd day of January 2024.

**HARPER | SELIM**

/s/ James E. Harper

JAMES E. HARPER
Nevada Bar No. 9822
SABRINA G. WIBICKI
Nevada Bar No. 10669
1935 Village Center Circle
Las Vegas, Nevada 89130
*Attorneys for Defendant*

**ORDER**

IT IS SO ORDERED.

DATED this 3rd day of January, 2024.

LARRY R. HICKS
UNITED STATES DISTRICT JUDGE