Barbara W. Gallagher, Esq.
Nevada Bar No. 005315
KIDWELL & GALLAGHER, LTD.
790 Commercial Street
Elko, Nevada 89801
(775) 738-1000 – Telephone
(775) 753-8600 – Facsimile
Barbara@kidwellgallagher.com
Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## STATE OF NEVADA

ANGELA TORGERSON an Individual;

               Plaintiffs,

v.

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY, an insurance
company, DOES I through X, inclusive,

CASE NO.: 3:21-cv-00452-ART-CSD

**ORDER GRANTING
STIPULATION AND ORDER TO
EXTEND PRETRIAL ORDER**

Plaintiff, ANGELA TORGERSON ("Plaintiff"), by and through her attorneys of record, KIDWELL & GALLAGHER, and Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY ("Defendant"), by and through its attorneys of record, HARPER | SELIM, (collectively, "the Parties") submit the following Stipulation and proposed Order to Extend Time for the Parties to file the Proposed Joint Pretrial Order.

Pursuant to LR IA 6-1 and LR 26-3, the Parties hereby agree to a sixty (60) day continuance to file the Proposed Joint Pretrial Order. The current deadline for the Proposed Joint Pretrial Order is June 27, 2024. Plaintiff's counsel is starting a Trial on June 10, 2024, and is expected to go through June 21, 2024.

It is hereby stipulated that the Proposed Joint Pretrial Order be filed by August 27, 2024.

1 | Dated this 6th day of June 2024.

Dated this 6th day of June 2024.

2 | /s/ Barbara W. Gallagher

/s/ James E. Harper

3 | _____

BARBARA W. GALLAGHER
Nevada Bar No. 5315
790 Commercial Street
Elko, NV 89801
Attorneys for Plaintiff

_____

JAMES E. HARPER
Nevada Bar No. 9822
SABRINA G. WIBICKI
Nevada Bar No. 10669
1935 Village Center Circle
Las Vegas, NV 89134
Attorneys for Defendant

**<u>ORDER</u>**

IT IS SO ORDERED.

DATED this <u>6th</u> day of June 2024.

_____

United States District Judge



**Cassie Wolf <cassie@kidwellgallagher.com>**

## RE: Status
1 message

**James E. Harper** <james@harperselim.com>                                Thu, Jun 6, 2024 at 9:32 AM
To: Cassie Wolf <cassie@kidwellgallagher.com>
Cc: "Barbara W. Gallagher" <barbara@kidwellgallagher.com>, Lisa Johnson <ljohnson@harperselim.com>, Jamie Amann
<jamann@harperselim.com>

Hi Cassie—

You may use my e-signature.


James E. Harper, Esq.

Harper | Selim

---

**From:** Cassie Wolf <cassie@kidwellgallagher.com>
**Sent:** Tuesday, June 4, 2024 3:11 PM
**To:** James E. Harper <james@harperselim.com>
**Cc:** Barbara W. Gallagher <barbara@kidwellgallagher.com>; Lisa Johnson <ljohnson@harperselim.com>; Jamie
Amann <jamann@harperselim.com>
**Subject:** Fwd: Status


Hello,

Please see the attached draft SAO for your review/comments.


Thanks

Cassie Wolf, Paralegal to

Barbara W. Gallagher, ESQ.


My normal working hours are Monday through Thursday from 6:00 a.m. to 4:00 p.m. PST

