# UNITED STATES DISTRICT COURT

# STATE OF NEVADA

| | |
|---|---|
| ANGELA TORGERSON an Individual;<br><br>Plaintiffs,<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, an insurance company, DOES I through X, inclusive, | CASE NO.: 3:21-cv-00452-ART-CSD<br><br>**ORDER GRANTING**<br><br>**STIPULATION TO EXTEND PRETRIAL ORDER**<br>**(THIRD REQUEST)** |

Plaintiff, ANGELA TORGERSON ("Plaintiff"), by and through her attorneys of record, KIDWELL & GALLAGHER, and Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY ("Defendant"), by and through its attorneys of record, HARPER | SELIM, (collectively, "the Parties") submit the following Stipulation and proposed Order to Extend Time for the Parties to file the Proposed Joint Pretrial Order.

Pursuant to LR IA 6-1 and LR 26-3, the Parties hereby agree to a ninety (90) day continuance to file the Proposed Joint Pretrial Order. The current deadline for the Proposed Joint Pretrial Order is October 28, 2024. Defendant's Motion for Reconsideration of Order Denying Partial Summary Judgment (ECF No. 97) is still pending.

It is hereby stipulated that the Proposed Joint Pretrial Order be filed by January 28, 2025.

Dated this 21st day of October 2024.

/s/ Barbara Gallagher

BARBARA W. GALLAGHER
Nevada Bar No. 5315
790 Commercial Street
Elko, NV 89801
Attorneys for Plaintiff

Dated this 21st day of October 2024.

/a/ James Harper

JAMES E. HARPER
Nevada Bar No. 9822
SABRINA G. WIBICKI
Nevada Bar No. 10669
1935 Village Center Circle
Las Vegas, NV 89134
Attorneys for Defendant

**ORDER**

IT IS SO ORDERED.

_____
Anne R. Traum
United States District Judge

DATED: October 22, 2024

2