# UNITED STATES DISTRICT COURT

# STATE OF NEVADA

| | |
|---|---|
| ANGELA TORGERSON an Individual;<br><br>Plaintiffs,<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, an insurance company, DOES I through X, inclusive, | CASE NO.: 3:21-cv-00452-ART-CSD<br><br>**ORDER GRANTING**<br><br>**STIPULATION TO EXTEND PRETRIAL ORDER**<br><br>**(FOURTH REQUEST)** |

Plaintiff, ANGELA TORGERSON ("Plaintiff"), by and through her attorneys of record, KIDWELL & GALLAGHER, and Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY ("Defendant"), by and through its attorneys of record, HARPER | SELIM, (collectively, "the Parties") submit the following Stipulation and proposed Order to Extend Time for the Parties to file the Proposed Joint Pretrial Order.

Pursuant to LR IA 6-1 and LR 26-3, the Parties hereby agree to a ninety (90) day continuance to file the Proposed Joint Pretrial Order. The current deadline for the Proposed Joint Pretrial Order is January 28, 2025. Defendant's Motion for Reconsideration of Order Denying Partial Summary Judgment (ECF No. 97) is still pending.

It is hereby stipulated that the Proposed Joint Pretrial Order be filed by April 28, 2025.

1

2  Dated this 9th day of January 2025.                    Dated this 9th day of January 2025.

3  /s/ Barbara Gallagher                                  /s/ James Harper

4  _____                       _____
   BARBARA W. GALLAGHER                                   JAMES E. HARPER
5  Nevada Bar No. 5315                                    Nevada Bar No. 9822
   790 Commercial Street                                  SABRINA G. WIBICKI
6  Elko, NV 89801                                         Nevada Bar No. 10669
   Attorneys for Plaintiff                                1935 Village Center Circle
7                                                         Las Vegas, NV 89134
                                                          Attorneys for Defendant
8

9
                                                          IT IS SO ORDERED.
10

11

12                                                        _____
                                                          Anne R. Traum
13                                                        United States District Judge

14                                                        DATED: January 13, 2025

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2