JAMES E. HARPER
Nevada Bar No. 9822
SABRINA G. WIBICKI
Nevada Bar No. 10669
**HARPER | SELIM**
1935 Village Center Circle
Las Vegas, Nevada 89134
Phone: (702) 948-9240
Fax:    (702) 778-6600
Email: eservice@harperselim.com
*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ANGELA TORGERSON, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, an insurance company, DOES I-X, inclusive,<br><br>Defendants. | CASE NO.:   3:21-cv-00452-MMD-CSD<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Plaintiff, ANGELA TORGERSON ("Plaintiff"), through her counsel of record, KIDWELL & GALLAGHER, and Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY ("Defendant"), through its counsel of record, HARPER | SELIM, that this matter be dismissed with prejudice; each party to bear their own costs and attorney fees.

DATED this 11th day of August 2025.          DATED this 11th day of August 2025.

**KIDWELL & GALLAGHER**                      **HARPER | SELIM**

*/s/ Barbara W. Gallagher*                    */s/ James E. Harper*

BARBARA W. GALLAGHER                         JAMES E. HARPER
Nevada Bar No. 5315                          Nevada Bar No. 9822
790 Commercial Street                        SABRINA G. WIBICKI
Elko, Nevada 89801                           Nevada Bar No. 10669
*Attorney for Plaintiff*                     1935 Village Center Circle
                                             Las Vegas, Nevada 89134
                                             *Attorneys for Defendants*

1

**ORDER**

IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. All hearings, conferences, and deadlines are VACATED. The **Clerk of Court** is directed to **CLOSE THIS CASE.**

DATED this 11th day of August, 2025.

_____
UNITED STATES DISTRICT COURT JUDGE

| | |
|---|---|
| **From:** | Barbara Gallagher |
| **To:** | Lisa Ochoa |
| **Cc:** | James E. Harper; Cassie Wolf |
| **Subject:** | Re: Torgerson |
| **Date:** | Monday, August 11, 2025 10:34:32 AM |

Yes, I approve. Thank you.

On Mon, Aug 11, 2025 at 10:28 AM Lisa Ochoa <lochoa@harperselim.com> wrote:

> Please find attached the Stipulation for Dismissal with Prejudice. Please let us know if you have any changes and if we may use your signature.
>
> Thank you.
>
> LISA OCHOA
>
> HARPER | SELIM
>
> 1935 Village Center Circle
>
> Las Vegas, Nevada 89134
>
> P: 702.948.9240
>
> F: 702.778.6600
>
> E: lochoa@harperselim.com
>
> ---
>
> **From:** James E. Harper <james@harperselim.com>
> **Sent:** Monday, August 11, 2025 10:03 AM
> **To:** Barbara W. Gallagher <barbara@kidwellgallagher.com>
> **Cc:** Lisa Ochoa <lochoa@harperselim.com>; Cassie Wolf <cassie@kidwellgallagher.com>
> **Subject:** Torgerson
>
> We have to file a SODW today, per the minutes from the settlement conference. Can I use your e-signature on the SODW?
>
> *Please note that my new assistant is Lisa Ochoa, lochoa@harperselim.com. Lisa Johnson is no longer with the Firm.*